

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|                                         |   |                              |
|-----------------------------------------|---|------------------------------|
|                                         | § |                              |
| IN THE MATTER OF V. L. T., A JUVENILE,  | § | No. 08-17-00209-CV           |
|                                         | § | Appeal from the              |
| Appellant.                              | § | 65th District Court          |
|                                         | § | of El Paso County, Texas     |
|                                         | § | (TC# 1500752)                |
|                                         | § |                              |

### **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **April 14, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 14, 2018.

IT IS SO ORDERED this 15th day of March, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.